**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6626**

———————

DENNIS GALLIPEAU,

                    Plaintiff - Appellant,

          v.

LINDA MICKENS-HAM,

                    Defendant – Appellee,

          and

JANE DOE; LEXINGTON COUNTY DETENTION CENTER; OFFICER MACK,

                    Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Timothy M. Cain, District Judge.
(3:09-cv-01883-TMC)

———————

Submitted:  August 28, 2014      Decided:  September 3, 2014

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dennis Gallipeau, Appellant Pro Se.  Justin Tyler Bagwell,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Gallipeau appeals the district court's order denying relief on his motion to reconsider a prior order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gallipeau v. Mickens-Ham, No. 3:09-cv-01883-TMC (D.S.C. Apr. 9, 2014). We deny Gallipeau's motion to place this case in abeyance, and his motion to consolidate, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED